1 | **HANNI M. FAKHOURY**
California Bar No. 252629
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
Hanni_Fakhoury@fd.org
5
6 | Attorneys for Defendant
7
8 | UNITED STATES DISTRICT COURT
9 | SOUTHERN DISTRICT OF CALIFORNIA
10 | UNITED STATES OF AMERICA,      )   Case No. 08MJ1121
                                 )
11 |        Plaintiff,                 )
                                   )
12 | v.                                 )   <u>**NOTICE OF ATTORNEY APPEARANCE**</u>
                                   )
13 | JOSE SANCHEZ-JARAMILLO,      )
                                   )
14 |        Defendant.             )
                                   )
15 | _____ )
16 |      Pursuant to implementation of the CM/ECF procedures in the Southern District of California , Hanni
17 | M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in
18 | the above-captioned case.
19 |                                 Respectfully submitted,
20
21 | Dated: April 18, 2008             /s/ Hanni M. Fakhoury_____
                                HANNI M. FAKHOURY
22 |                                 Federal Defenders of San Diego, Inc.
                                e-mail: Hanni_Fakhoury@fd.org
23 |                                 Attorneys for Defendant
24
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that  a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov


DATED:  April 18, 2008                    /s/ Hanni M. Fakhoury
                                          HANNI M. FAKHOURY
                                          e-mail: Hanni_Fakhoury@fd.org